UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CR. NO. 1:24-CR-*345* |
| v. | (JUDGE *MEHALCHICK*) |
| **JOSEPH LOUIS CAMINO**, Defendant | |

### INDICTMENT

THE GRAND JURY CHARGES:

FILED
HARRISBURG, PA
DEC 18 2024
PER ___*JBR*___
DEPUTY CLERK

### COUNT 1
18 U.S.C. § 111(a)
(Assaulting a Federal Officer)

On or about December 16, 2024, in Dauphin County, within the Middle District of Pennsylvania, the defendant,

**JOSEPH LOUIS CAMINO,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with a Court Security Officer ("CSO"), a person specially deputized by the United States Marshal's Service, and a person designated in Title 18, United States Code, Section 1114, while the CSO was engaged in and on account of the performance of his official duties at the Sylvia H. Rambo United States Courthouse, and during the commission of the offense the defendant used a deadly and dangerous weapon, to wit, a

knife.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 930(b)
(Possession of Dangerous Weapon in a Federal Facility)

On or about December 16, 2024, in Dauphin County, within the Middle District of Pennsylvania, the defendant,

**JOSEPH LOUIS CAMINO,**

did knowingly possess and cause to be present in a Federal facility, that is, the Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania, a dangerous weapon, that is, a folding knife with a blade longer than two and a half inches, with the intent that it be used in the commission of a crime, that is, an assault on an officer and employee of the United States, and of any agency in any branch of the United States Government, while such officer and employee was engaged in, and on account of, the performance of official duties as set forth in Title 18, United States Code, Section 111.

In violation of Title 18, United States Code, Section 930(b).

THE GRAND JURY FURTHER CHARGES:

### COUNT 3
18 U.S.C. § 930(e)(1)
(Possession of Dangerous Weapon in a Federal Court Facility)

On or about December 16, 2024, in Dauphin County, within the Middle District of Pennsylvania, the defendant,

**JOSEPH LOUIS CAMINO,**

did knowingly possess and cause to be present in a Federal court facility, that is, the Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania, a dangerous weapon, that is, a folding knife with a blade longer than two and a half inches.

In violation of Title 18, United States Code, Section 930(e)(1).

A TRUE BILL

GERARD M. KARAM
United States Attorney

FOREPERSON

*Christian T. Haugsby* (signature)

CHRISTIAN T. HAUGSBY
Assistant United States Attorney

12/18/2024
Date