IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

UNITED STATES OF AMERICA

v.

JOSEPH LOUIS CAMINO

Criminal Action No. 1:24-CR-00345

_____

**DESIGNATION OF DISTRICT JUDGE
TO HOLD A DISTRICT COURT WITHIN THE CIRCUIT**

_____

Pursuant to 28 U.S.C. § 292(b), and finding that it is in the public interest to do so, I hereby designate and assign the Honorable Renée Marie Bumb of the United States District Court for the District of New Jersey for such a period as is necessary for the disposition of the above-entitled matter and all related cases.

s/ Michael A. Chagares
Michael A. Chagares, Chief Judge
United States Court of Appeals
For the Third Circuit

Dated:  December 23, 2024