UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Renée Marie Bumb |
| v. | : | Crim. No. 24-cr-00345 (RMB) |
| JOSEPH LOUIS CAMINO | : | |

**PETITION FOR WRIT OF HABEAS CORPUS**

(X) Ad Prosequendum      ( ) Ad Testificandum

1. Defendant, Joseph Louis Camino (PA Inmate Number: BC3477; SSN: XXX-XX-3194; FBI # 371627JAO) (hereinafter the "Detainee"), is now confined at:

**SCI Albion**
10745 Route 18
Albion, PA 16475-0001
(814) 756-5778

2. The Detainee is charged in the Middle District of Pennsylvania by

(X) Indictment   ( ) Information   ( ) Complaint

with one count of assaulting a federal officer, in violation of 18 U.S.C. § 111(a), one count of possession of a dangerous weapon in a federal facility, in violation of 18 U.S.C. § 930(b), and one count of possession of a dangerous weapon in a federal court facility, in violation of 18 U.S.C. § 930(e)(1).

3. The Detainee will

   return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required to appear by videoconference on **Thursday, May 22, 2025, at 2:00 pm**, for a **virtual Initial Appearance and Arraignment** in the above-captioned case.  A Writ of Habeas Corpus should issue for that purpose.

DATED: May 12, 2025                    /s/ *Casey S. Smith*
                                       Casey S. Smith
                                       Special Attorney
                                       Petitioner