## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :    Hon. Renée Marie Bumb

          v.                :    No. 1:24-cr-00345

JOSEPH LOUIS CAMINO       :    **ORDER FOR CONTINUANCE**

This matter having come before the Court on the joint application of the United States (Casey S. Smith, Special Attorney, appearing) and defendant Joseph Louis Camino being represented by K. Anthony Thomas, Esq., for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including January 17, 2026, to permit defense counsel time to review discovery as well as the reasonable time necessary for effective preparation in this matter and for the parties to engage in plea negotiations; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant, through his attorney, having consented to this continuance; and the United States having no opposition; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)     The failure to grant a continuance would deny counsel for the defendant and counsel for the Government the reasonable time necessary to conduct plea negotiations, which may render trial unnecessary;

(2)     The failure to grant a continuance would deny counsel for the defendant

reasonable time necessary to review discovery, which is necessary for an effective preparation for trial, taking into account the exercise of due diligence;

(3)     The defendant has consented to the aforementioned continuance;

(4)     The grant of a continuance likely will conserve judicial resources; and

(5)     As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this _____ day of October, 2025;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including January 17, 2026; and it is further

ORDERED that the period from the date this Order is signed through and including January 17, 2026 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE RENÉE MARIE BUMB
United States District Judge

Form and entry consented to:

/s/ Casey S. Smith
Casey S. Smith
Special Attorney

K. Anthony Thomas, Esq.
Counsel for Defendant

2